PS8 HIPS-SUP-L-PETITN-01 (12.05)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at 2 o'clock and 20 min. P M
SUE BEITIA, CLERK

U.S.A. vs. MARGOT HOFFMAN                    CRIMINAL NO. 05-00384HG-02

Petition for Action on Conditions of Pretrial Release

COMES NOW DAVID K. KAHUNAHANA, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant MARGOT HOFFMAN, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since September 13, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

Failing to report for drug testing on January 11 and 16, 2006, in violation of Special Condition No. 10.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 23rd day of January, 2006 and ordered filed and made a part of the records in the above case.

HELEN GILLMOR
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 23, 2006

DAVID K. KAHUNAHANA
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii