**ORIGINAL**

---

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

---

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE       # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail:    fpdhi@hotmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 16 2006

at 2 o'clock and ___ min. ___M
SUE BEITIA, CLERK

Attorney for Defendant
MARGOT HOFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00384HG-02 |
| Plaintiff, | ) RESPONSE TO DRAFT<br>) PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| MARGOT HOFFMAN, | ) DATE:    03/16/06 |
| | ) TIME:    1:30 p.m. |
| Defendant. | ) JUDGE:   Helen Gillmor |
| | ) [UNDER SEAL] |



SEALED BY ORDER OF THE COURT