PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  # 3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorney for Defendant
MARGOT HOFFMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00384 HG-02 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ALLOWING TRAVEL BEFORE |
| vs. | ) | SELF SURRENDER DATE |
| | ) | |
| MARGOT HOFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

STIPULATION AND ORDER ALLOWING
TRAVEL BEFORE SELF-SURRENDER DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein  that Defendant MARGOT HOFFMAN be allowed to travel from

Honolulu, Hawaii to Stockton, California, before her self-surrender date of June 13, 2006 to SCP Phoenix, Arizona.

Defendant will leave Honolulu on June 3, 2006, and travel to Stockton, California, and remain at the home of her sister, Kim McGruder at 2226 Valmora Drive, Stockton, California, and will be available at (209)518-1346. She will thereafter be in Phoenix on June 13, 2006 to self-surrender at SCP Phoenix.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 31, 2006.

/s/ Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
MARGOT HOFFMAN

/s/ Mark Inciong
MARK INCIONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Alison Thom
DAVID KAHUNAHANA
ALISON THOM
PRETRIAL SERVICES

IT IS SO APPROVED AND ORDERED:

DATED:   Honolulu, Hawaii, May 31, 2006.



        _/s/ Helen Gillmor_____
        Chief United States District Judge

UNITED STATES v. MARGOT HOFFMAN
CR. NO. 05-00384 HG-02
STIPULATION AND ORDER ALLOWING TRAVEL BEFORE SELF SURRENDER DATE
C:\Documents and Settings\kat\Local Settings\Temp\notes3A3007\Travel_selfsurrender.wpd