U.S. Department of Justice

Federal Bureau of Prisons

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

May 30, 2006

The Honorable Helen Gillmor
Judge of the U.S. District Court
   for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2006
DISTRICT OF HAWAII

**Re:   HOFFMAN, Margot Francis**
       Reg. No. 92512-022
       Docket No. 1:05CR00384-002

Dear Chief Judge Gillmor:

   Thank you for your recommendation that Ms. Hoffman serve her term of confinement at the facility in Dublin, California. In addition, you recommend that she participate in the Residential Drug Abuse Program (RDAP). Ms. Hoffman was recently sentenced in your court to a 37-month term for Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, and Attempted Possession with Intent to Distribute.

   During the designation process, we were aware of your recommendations. Regrettably, in the case of Ms. Hoffman your recommendations cannot be followed in their entirety. The facility in Dublin, California, is currently experiencing population pressures. Accordingly, Ms. Hoffman has been designated to the minimum security level facility in Phoenix, Arizona. The staff at the Phoenix facility will encourage Ms. Hoffman to participate in the RDAP, if eligible.

   We regret we were unable to comply with the Court's recommendations in their entirety. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                          Sincerely,

                          Rebecca Tamez
                          Chief

cc:  Warden, FCI Phoenix